No. 74–1023.   KERR ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL.   C. A. 9th Cir.   [Certiorari granted, 421 U. S. 987.] Motion of petitioners for leave to file supplemental brief after argument denied.   MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 75–5952.   TRIMBLE *v.* GORDON ET AL.   Appeal from Sup. Ct. Ill.   [Probable jurisdiction noted, 424 U. S. 964.]   Motion of appellees King et al. for leave to proceed further herein *in forma pauperis* granted. THE CHIEF JUSTICE, MR. JUSTICE BLACKMUN, MR. JUSTICE POWELL, and MR. JUSTICE REHNQUIST would deny the motion.

No. 75–6501.   BORUSKI *v.* REED, SECRETARY OF THE AIR FORCE.   Motion for leave to file petition for writ of habeas corpus denied.

No. 75–1153.   ABOOD ET AL. *v.* DETROIT BOARD OF EDUCATION ET AL.   Appeal from Ct. App. Mich.   Probable jurisdiction noted.

No. 75–1255.   DOUGLAS, COMMISSIONER, VIRGINIA MARINE RESOURCES COMMISSION *v.* SEACOAST PRODUCTS, INC., ET AL.   Appeal from D. C. E. D. Va.   Motion of Virginia Seafood Council et al. for leave to file a brief as *amici curiae* granted.   Probable jurisdiction noted. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 75–6289.   MOORE *v.* CITY OF EAST CLEVELAND, OHIO.   Appeal from Ct. App. Ohio, Cuyahoga County. Motion of appellant for leave to proceed *in forma pauperis* granted.   Probable jurisdiction noted.